```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 12516
   JAMES ROBERT BIRCHFIELD
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7983


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 10/02/2006 and was not confirmed.

      The case was dismissed without confirmation 07/30/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG         .00          .00          .00
CHARTER ONE MORTGAGE      CURRENT MORTG      5424.33         .00       5424.33
CHARTER ONE MORTGAGE      MORTGAGE ARRE      3700.00         .00          .00
DEPT OF WATER             SECURED             261.02         .00          .00
WELLS FARGO FINANCIAL AC  SECURED VEHIC      8523.10         .00       2778.73
BP CITI                   UNSECURED         NOT FILED        .00          .00
CAPITAL ONE BANK          UNSECURED          2556.75         .00          .00
CITY OF CHICAGO PARKING   UNSECURED           390.00         .00          .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY       NOT FILED        .00          .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED        .00          .00
COMMONWEALTH EDISON       NOTICE ONLY       NOT FILED        .00          .00
GEMB/JCP                  UNSECURED          1450.00         .00          .00
HSBC NV                   UNSECURED         NOT FILED        .00          .00
MBNA AMERICA              UNSECURED         NOT FILED        .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED           470.46         .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY            416.24         .00          .00
ILLINOIS DEPT OF REVENUE  UNSECURED            62.30         .00          .00
MELVIN J KAPLAN           ATTORNEY              .00          .00          .00
PRO SE DEBTOR             DEBTOR ATTY           .00                       .00
TOM VAUGHN                TRUSTEE                                       537.14
DEBTOR REFUND             REFUND                                          .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  8,740.20

PRIORITY                                              .00
SECURED                                          8,203.06
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               537.14
DEBTOR REFUND                                         .00
                         --------------      --------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 12516 JAMES ROBERT BIRCHFIELD
```

```
TOTALS                              8,740.20              8,740.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/18/07
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE